# MASSACHUSETTS LABORERS' DISTRICT COUNCIL
# WRECKING AND ENVIRONMENTAL REMEDIATION ACCEPTANCE OF
# AGREEMENT AND DECLARATION OF TRUST

The undersigned Employer has read and hereby approves the following Agreements by and between the Massachusetts State-Wide Wrecking and Environmental Remediation Specialists Association, Inc effectively July 1, 2008 and the Massachusetts Laborers' District Council in behalf of Building Wreckers' Local Union 1421 of the Laborers' International Union of North America AFL-CIO and any successor Agreement between the parties and herewith accepts the same and becomes one of the parties thereto and agrees to abide by all its terms and conditions.

The life of these Agreements is to be co-extensive with the terms set out or as they shall be set out from time in the aforementioned collective bargaining agreements with the above-named Association and shall continue in effect unless the Employer gives the Union notice of desired change or termination of a particular collective bargaining agreement in keeping with the applicable notice provisions contained herein.

These Agreements shall be binding upon the Employer named herein, and its successors and assigns, and no provisions herein contained shall be nullified or affected in any manner as a result of any consultation, sale, transfer, assignment, joint venture or any combination or other as position of the Company.

The said Agreement provides among other conditions, contributions to the Massachusetts State-Wide Laborers' Health and Welfare Fund, Massachusetts State-wide Laborers' Pension Fund, New England Laborers' Training Fund, Massachusetts State-wide Laborers' Annuity Fund, New England Laborers' Labor-Management Cooperation Trust, New England Laborers' Health & Safety Fund, Massachusetts State-wide Unified Trust, Massachusetts Demolition Industry Advancement Program and the Massachusetts State-wide Legal Services Fund and the Employer agrees to be bound by the foregoing Agreements and Declaration of Trust and hereby irrevocably designates as its representatives of the Board of Trustees such Trustees as are names in said Agreements as Employer Trustees together with their successors selected in the manner provided within said Agreements and agrees to be bound by all actions taken by said Employer Trustees pursuant to the said Agreements and Declaration of Trust.

Dated: 1-8-10

Massachusetts Laborers' District Council
Local Union 1421

Thomas C. Troy, Jr., Business Manager
623 Main St. Suite 21
Woburn, MA 01801

Absolute Environmental, Inc.
Company

Authorized Representative - Signature

GARY MC CAFFREY
Authorized Representative - Printed Name

Company Contact Info:

26 D KEEWAYDIN DRIVE
Address
SALEM, NH 03079
City    State    Zip

Office: 603-890-6500
Cell: 603-401-8353
Fax: 603-890-6504
E-Mail: GMCCAFFREY@ABSOLUTEENVIR.COM
Web-site: _____