UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY C. MCANARNEY, as he is )
EXECUTIVE DIRECTOR, MASSACHUSETTS )
LABORERS' HEALTH AND WELFARE FUND, )
MASSACHUSETTS LABORERS' PENSION )
FUND, and MASSACHUSETTS LABORERS' )
ANNUITY FUND; JAMES V. MERLONI, JR., )
as he is ADMINISTRATOR, NEW ENGLAND )
LABORERS' TRAINING TRUST FUND; and ) C.A. No. 15-cv-12985-NMG
JOSEPH BONFIGLIO, as he is TRUSTEE, )
MASSACHUSETTS LABORERS' LEGAL )
SERVICES FUND, )
    Plaintiffs, )
v. )
)
ABSOLUTE ENVIRONMENTAL, INC. )
    Defendant, )
and )
)
ABSOLUTE ENVIRONMENTAL )
CONTRACTORS, INC. )
    Defendant. )

## JOINT MOTION FOR FURTHER STAY

Plaintiffs[1] (the "Funds") together with Defendants Absolute Environmental, Inc. ("Absolute") and Absolute Environmental Contractors, Inc. ("Absolute Contractors") (together, "Defendants") move to stay this matter in its entirety, including all previously issued deadlines, for a period of one hundred eighty (180) days, until and including May 31, 2017, during which time the parties will seek to resolve this matter.

---

[1] Barry C. McAnarney, As He Is Executive Director, Massachusetts Laborers' Health And Welfare Fund, Massachusetts Laborers' Pension Fund, And Massachusetts Laborers' Annuity Fund; James V. Merloni, Jr., As He Is Administrator, New England Laborers' Training Trust Fund; And Joseph Bonfiglio, As He Is Trustee, Massachusetts Laborers' Legal Services Fund (collectively "Plaintiff," "Plaintiffs" or "Funds").

*Joint motion allowed but there will be no further stays after May 31, 2017.   /s/NMGorton, USDJ 12/13/16*