# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

Barry C. McAnarney et al                )
       **Plaintiffs,**              )    **1:15-cv-12985-NMG**
  v.                                          )
                                           )
Absolute Environmental, Inc. et al   )
       **Defendants,**             )
_____ )

## ORDER OF RECUSAL

**Kelley, M.J.**

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.


**SO ORDERED**.


                               /s/ M. Page Kelley
                               M. Page Kelley
                               United States Magistrate Judge

Date:  April 20, 2017